CINCINNATI BAR ASSOCIATION V. NIENABER.

[Cite as *Cincinnati Bar Assn. v. Nienaber* (1994), 71 Ohio St.3d 1201.]

(No. 93–2521—Submitted and Decided October 11, 1994.)

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

IN RE RESIGNATION OF DILLON.

[Cite as *In re Resignation of Dillon* (1994), 71 Ohio St.3d 1201.]

(No. 94–2029—Submitted October 11, 1994—Decided October 12, 1994.)

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.